Fortuna Estates, Plaintiff and Appellant, *v.* Treasurer of Porto Rico, Defendant and Appellee.

Appeals from the District Court of San Juan, Section 1, in Actions for the Refund of Taxes Paid Under Protest.

Nos. 1828, 1849, 1864 and 1876.—Decided June 29, 1918.

Decided on the grounds of the opinion delivered in Case No. 1827, *South Porto Rico Sugar Company* v. *Treasurer of Porto Rico, ante.*

*Mr. O. B. Frazer* for the appellants.

*Messrs. Howard L. Kern,* Attorney General, and *Jaime Sifre, Jr.,* Special *Fiscal,* for the appellee.

                         *Reversed and remanded.*

Chief Justice Hernández and Justices Wolf, del Toro, Aldrey and Hutchison concurred.